UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

AMANEE LATRICE MAYS,

        Defendant.
_____/

**INDICTMENT**

The Grand Jury charges:

### COUNT 1
(Possession with Intent to Distribute Controlled Substances)

On or about June 14, 2024, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

**AMANEE LATRICE MAYS,**

knowingly and intentionally possessed with intent to distribute a mixture or substance containing a detectable amount of cocaine, a Schedule II controlled substance; and a mixture or substance containing a detectable amount of fentanyl, a Schedule II controlled substance, and heroin, a Schedule I controlled substance.

21 U.S.C. § 841(a)(1)
21 U.S.C. § 841(b)(1)(C)

## COUNT 2
(Felon in Possession of a Firearm)

On or about June 14, 2024, in Calhoun County, in the Southern Division of the Western District of Michigan, the defendant,

**AMANEE LATRICE MAYS,**

knowing that she had previously been convicted of one or more offenses punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, specifically, an Ithaca 12-gauge double-barrel shotgun, model no. 200E, and the firearm was in and affecting commerce.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(8)

## **FORFEITURE ALLEGATION**
(Felon in Possession of a Firearm)

The allegations contained in Count Two of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of the offense. in violation of 18 U.S.C. § 922(g)(1) set forth in Count 2 of this Indictment, the defendant,

**AMANEE LATRICE MAYS,**

shall forfeit to the United States any firearms and ammunition involved in or used in the knowing commission of the offense. The property to be forfeited includes, but is not limited to, an Ithaca 12-gauge double-barrel shotgun, model no. 200E.

A TRUE BILL

[ /s/ Redacted ]

_____
GRAND JURY FOREPERSON

MARK A. TOTTEN
United States Attorney

_____
JOEL S. FAUSON
Assistant United States Attorney